Case No.: 07-_15-00301_-CV  Amended/corrected statement ☐

FILED
AUG 14 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

# Docketing Statement (Civil)
## Seventh Court of Appeals
P.O. Box 9540 Amarillo, Texas 79105-9540
[to be filed in the court of appeals on perfection of appeal]

| Notice of Appeal was filed with the trial court clerk on: | The notice was mailed on: |
|---|---|
| **Appellant(s):** Nanny Wedgeworth | **Appellee(s):** City of Amarillo, Ellen Green, Ron Boyd, Dr. Eades, Mrs. Escajada, Jarrett Atkinson, Paul Harpoole, Scott McDonald |
| ☐ Additional parties listed on attached sheets. | |
| **Attorney (lead counsel):** Pro Se | **Attorney (lead counsel):** Bryan Scott McWilliams |
| **Address (lead counsel or party if pro se):** 1113 N. Houston | **Address (lead counsel or party if pro se):** 589 S.E. 7th Ave P.O. Box 1971 Amarillo, Texas 79105-1971 |

| City: Amarillo | State: TX | ZIP: 79107 | City: Amarillo | State: TX | ZIP: 79105-1971 |
|---|---|---|---|---|---|
| Telephone: (806) 206-7051 | | | Telephone: (806) 378-4208 | | |
| Fax: ( ) email gvscastaway@gmail.com | | | Fax: (806) 378-3018 | | |
| SBN: | | | SBN: | | |

**Nature of the case** (e.g. personal injury, breach of contract or temporary injunction): Property damage - "Taking" Article 1, Section 17, Texas Constitution

| Is this an accelerated appeal? ☐ NO ☑ YES | Reason for Acceleration: They took my home, leaving me in dispair |
|---|---|
| Court: 47th District | County: Potter | Trial court docket number: 104164-A |
| Judge: Dan Schaap | Court Reporter: — No Court |
| Trial judge address: 501 S. Fillmore #5A Amarillo, TX 79101 | Court reporter address: — |

| City: Amarillo | State: TX | ZIP: 79101 | City: Amarillo | State: TX | ZIP: |
|---|---|---|---|---|---|
| Date of order or judgment: July 1, 2015 | | | Court clerk: Caroline Woodburn | | |
| Does the judgment or order dispose of all parties and issues? ☑ NO ☐ YES | | | Clerk's address: 501 S. Fillmore Amarillo, TX | | |
| If no, cite authority for interlocutory appeal: Tex CP. Code ANN. § 51.014 section 8 | | | City: Amarillo | State: TX | ZIP: 79101 |

| Party | Attorney's name, address, telephone, and fax numbers | | | |
|---|---|---|---|---|
| City of Amarillo, et al | 509 SE 7th Ave P.o Box 1971 Amarillo, TX 79101-1971 | | | |
| | City: Amarillo | State: TY | ZIP: | |
| | Tel: ( 806) | | Fax: ( ) | |
| Nancy Wedgeworth | 1113 N. Houston | | | |
| | City: Amarillo | State: TY | ZIP: 79107 | |
| | Tel: ( 806) 206 7051 | | Fax: ( ) auscastcway@gmail.co | |
| | City: | State: | ZIP: | |
| | Tel: ( ) | | Fax: ( ) | |
| | City: | State: | ZIP: | |
| | Tel: ( ) | | Fax: ( ) | |
| | City: | State: | ZIP: | |
| | Tel: ( ) | | Fax: ( ) | |

| Actions Extending Timetable | | | Indigency of Party | | |
|---|---|---|---|---|---|
| **Action** | **Filed** | **Date** | **Event** | **Filed** | **Date** |
| Motion for New Trial | ☐ | | Affidavit of Indigency Filed | ☑ | 8-13-2015 |
| Motion to Modify Judgment | ☐ | | Contest Filed | ☐ | |
| Request for Findings of Fact and Conclusions of Law | ☐ | | Ruling on contest:<br>☐ Sustained ☐ Overruled | | |
| Motion to Reinstate | ☐ | | | | |
| Other: | ☐ | | | | |

| | | | |
|---|---|---|---|
| Reporter's Record<br>(check if electronic recording    ) | ☐ None | ☑ Will request | Was requested on: |
| Supersedeas Bond | ☑ None | ☐ Will File | Was Filed on: |
| Temporary or ancillary relief requested: | ☑ None | ☐ Will request | Basis for Request: |

List any **consolidated or companion** cases that are pending, or will be filed in this court:




List any **other** pending or previous related appeals before this or any other Texas appellate court by court, docket number, and title:




Submitted by: *Nancy Wudgeworth* on: 8, 13, 2015